Ronald P. Oines (State Bar No. 145016)
roines@rutan.com
Kathryn Domin (State Bar No. 274771)
kdomin@rutan.com
RUTAN & TUCKER, LLP
611 Anton Boulevard, Fourteenth Floor
Costa Mesa, California 92626-1931
Tel:  (714) 641-5100
Fax:  (714) 546-9035

Carrie Macintosh (State Bar No. 294610)
cmacintosh@rutan.com
RUTAN & TUCKER, LLP
Five Palo Alto Square
3000 El Camino Real, Suite 200
Palo Alto, California  94306-9814
Tel:  (650) 320-1500
Fax:  (650) 320-9905

Attorneys for Plaintiff ONE TRUE VINE, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| ONE TRUE VINE, LLC, a California Limited Liability Company, <br><br> Plaintiff, <br><br> vs. <br><br> BNA WINE GROUP, LLC, a Tennessee Limited Liability Company; and DOES 1 through 10, inclusive, <br><br> Defendants. | Case No. <br><br> **COMPLAINT FOR PERMANENT INJUNCTION AND DAMAGES FOR:** <br><br> **1. TRADEMARK INFRINGEMENT (LANHAM ACT)** <br> **2. VIOLATION OF B&P CODE §§ 17200, et seq.** <br><br> **DEMAND FOR JURY TRIAL** |
|---|---|

Plaintiff ONE TRUE VINE, LLC ("One True Vine" or "Plaintiff"), for its Complaint against defendants BNA WINE GROUP, LLC ("BNA") and DOES 1 through 10, inclusive (collectively, "Defendants"), alleges as follows:

## JURISDICTION AND VENUE

1. This is an action involving claims of trademark infringement under the Lanham Act, 15 U.S.C. §§ 1051 et seq., and unfair competition under the statutory law of the State of California. This Court has jurisdiction over Plaintiff's federal claims pursuant to 15 U.S.C. § 1121 and 28 U.S.C. §§ 1331 and 1338(a). This Court has jurisdiction over Plaintiff's related claims based on state law pursuant to 28 U.S.C. §§ 1338(b) and 1367.

2. Venue is proper with this judicial district pursuant to 28 U.S.C. § 1391(b) and (c), as Defendants reside in this judicial district, a substantial part of the events, omissions and acts which are the subject matter of this action occurred within this judicial district, and a substantial part of the property that is the subject of this action is located in this judicial district.

## INTRADISTRICT ASSIGNMENT

3. This is an Intellectual Property Action to be assigned on a district-wide basis pursuant to Local Rule 3-2(c).

## THE PARTIES

4. One True Vine is a California Limited Liability Company having its principal place of business at 1345 Railroad Ave., Ste. 2A, Saint Helena, CA 94574.

5. On information and belief, BNA is a Tennessee Limited Liability Company with a principal place of business in California located at 403 Gateway Road West, Napa, CA 94558.

6. The true names and capacities, whether individual, corporate, associate or otherwise, of defendants DOES 1 through 10, inclusive, are unknown to Plaintiff, which therefore sues said defendants by such fictitious names. Plaintiff will seek leave of this Court to amend this Complaint to include their proper names and capacities when they have been ascertained. Plaintiff is are informed and believes, and based thereon alleges, that each of the fictitiously named defendants participated

2118/028449-0000
10813635.1 a04/12/17

COMPLAINT FOR PERMANENT
INJUNCTION AND DAMAGES

-2-

Rutan & Tucker LLP
attorneys at law

in and are in some manner responsible for the acts described in this Complaint and the damage resulting therefrom.

7. Plaintiff alleges on information and belief that each of the defendants named herein as DOES 1 through 10, inclusive, performed, participated in, or abetted in some manner, the acts alleged herein, proximately caused the damages alleged hereinbelow, and are liable to Plaintiff for the damages and relief sought herein.

8. Plaintiff alleges on information and belief that, in performing the acts and omissions alleged herein, and at all times relevant hereto, each of the Defendants was the agent and employee of each of the other Defendants and was at all times acting within the course and scope of such agency and employment with the knowledge and approval of each of the other Defendants.

9. Plaintiff produces and sells wine under various trademarks. One of Plaintiff's most popular and successful wines is sold under its well-known LAYER CAKE mark. Plaintiff has been selling its LAYER CAKE wine since at least 2006. Plaintiff has been using the LAYER CAKE mark continuously, extensively and exclusively since at least 2006. Plaintiff has invested a significant amount of money and resources to advertise and promote wine under the LAYER CAKE mark. As a result of Plaintiff's continuous, extensive and exclusive use of the LAYER CAKE mark and the significant advertising Plaintiff has done promoting its wine using such mark, the public and those involved in the trade have come to identify the mark with Plaintiff, and the mark serves to identify the source of Plaintiff's goods and services, and distinguish Plaintiff's goods and services from the goods and services of others.

10. Plaintiff owns United States Trademark Registration nos. 3,778,089 (for "wines" in International Class 33) and 3,399,875 (for "white wine" and "red wine" in International Class 33) for its LAYER CAKE mark. Both of these marks are incontestable. Plaintiff also owns United States Trademark Registration nos.

4,079,389 (for "wines" in International Class 33) and 4,859,359 (for "wine" in International Class 33) for LAYER CAKE and designs.

11. Plaintiff's logo, including on its wine label, includes the words "LAYER CAKE" in all capital letters directly above an image of a layered cake. Registration nos. 4,079,389 and 4,859,359 include the image of the layered cake. Plaintiff has sold Zinfandel under its LAYER CAKE mark and logo, among other wines.

12. On information and belief, Defendants recently commenced using the mark "SHORT CAKE" in connection with a Zinfandel wine. Just like Plaintiff's logo, Defendants use "SHORT CAKE" in all caps. And just like Plaintiff's logo, "SHORT CAKE" is directly above an image of a layered cake.

13. Defendants' use of the SHORT CAKE mark is likely to cause confusion in the marketplace. Defendants' conduct has caused and will cause actual and potential customers to erroneously believe that Defendants and their goods and services are somehow affiliated with, sponsored by, endorsed by or related to Plaintiff.

14. Defendants' use of SHORT CAKE is a deliberate attempt to trade on Plaintiffs goodwill and the prestige and reputation of Plaintiff and its products and services. Defendants' conduct has caused, and will continue to cause, significant damages, including lost sales and profits, and irreparable harm to Plaintiff. Moreover, Defendants' conduct has caused and will cause significant harm to Plaintiff's reputation and goodwill, which Plaintiff has established through years of effort and expense. On information and belief, Defendants' conduct will continue unless enjoined by this Court.

## FIRST CLAIM FOR RELIEF

### (Trademark Infringement [Lanham Act] 15 U.S.C. § 1114)

15. Plaintiff realleges each and every allegation set forth in paragraphs 1 through 14, inclusive, and incorporate them herein by this reference.

2118/028449-0000
10813635.1 a04/12/17

COMPLAINT FOR PERMANENT
INJUNCTION AND DAMAGES
-4-

Rutan & Tucker LLP
attorneys at law

16.  Defendants' use of SHORT CAKE in the manner described above constitutes trademark infringement under the Lanham Act, 15 U.S.C. § 1114.  These acts have caused significant damages, including lost sales and profits, and irreparable harm to Plaintiff.  Moreover, Defendants' conduct has caused and will cause significant harm to Plaintiff's reputation and goodwill which Plaintiff has established through years of effort and expense.

17.  Such conduct by Defendants has been willful with full knowledge of Plaintiff's trademark rights.  On information and belief, Defendants will continue such willful and intentional conduct unless enjoined by this Court.  In light of the willful nature of Defendants' conduct, this is an "exceptional" case under the Lanham Act, which entitles Plaintiff to its attorneys' fees in this action.

## SECOND CLAIM FOR RELIEF

### (Trademark Infringement [Lanham Act] 15 U.S.C. § 1125)

18.  Plaintiff realleges each and every allegation set forth in paragraphs 1 through 17, inclusive, and incorporate them herein by this reference.

19.  Defendants' use of SHORT CAKE in the manner described above constitutes trademark infringement under the Lanham Act, 15 U.S.C. § 1125.  These acts have caused significant damages, including lost sales and profits, and irreparable harm to Plaintiff.  Moreover, Defendants' conduct has caused and will cause significant harm to Plaintiff's reputation and goodwill which Plaintiff has established through years of effort and expense.

20.  Such conduct by Defendants has been willful with full knowledge of Plaintiff's trademark rights.  On information and belief, Defendants will continue such willful and intentional conduct unless enjoined by this Court.  In light of the willful nature of Defendants' conduct, this is an "exceptional" case under the Lanham Act, which entitles Plaintiff to its attorneys' fees in this action.

## THIRD CLAIM FOR RELIEF

**(California Business And Professions Code §§ 17200 et seq.)**

21. Plaintiff realleges each and every allegation set forth in paragraphs 1 through 20, inclusive, and incorporate them herein by this reference.

22. The foregoing acts and conduct of Defendants described above constitute unfair trade practices and unfair competition under California Business and Professions Code Sections 17200 et seq.

23. Defendants' acts have caused damage to Plaintiff, including incidental and general damages, lost profits, and out-of-pocket expenses.

24. Defendants should therefore be required to disgorge and restore to Plaintiff all profits and other expenses as may be incurred by Plaintiff.

25. Plaintiff further seeks an injunction to enjoin Defendants from continuing said unfair business practices.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff prays for relief and judgment against Defendants as follows:

    a.   That Defendants, their officers, directors, agents, servants, employees and all persons, firms and corporations in active concert or participation with them or any of them, be permanently enjoined and restrained from using the SHORT CAKE mark or any other mark confusingly similar to Plaintiff's LAYER CAKE mark;

    b.   That Defendants be required to forthwith deliver up to Plaintiff for destruction any and all products, product literature or other materials in their possession, custody, or control that would otherwise violate the aforesaid injunction;

    c.   That Defendants account for all profits realized as a consequence of their unlawful acts of deliberate and intentional trademark infringement and unfair competition and other violations, as

alleged herein, and that the amount of profits realized by Defendants by reason of their unlawful acts be trebled, as provided by law pursuant to Section 35 of the Lanham Act, 15 U.S.C. § 1117;

  d. That Plaintiff be awarded damages in the full amount Plaintiff has sustained as a consequence of Defendants' acts, trebled where provided by law, pursuant to Section 35 of the Lanham Act, 15 U.S.C. § 1117;

  e. That Plaintiff has and recovers from Defendants reasonable attorneys' fees, costs and disbursements in this action pursuant to 15 U.S.C. § 1117 and as otherwise authorized by law;

  f. That the Court grant Plaintiff restitution from Defendants by disgorgement of all profits earned through the unlawful conduct asserted herein;

  g. That Defendants pay compensatory and punitive damages to Plaintiff;

  h. That any monetary award include pre- and post-judgment interest at the highest rate allowed by law; and

  i. For such other and further relief against Defendants as the Court may deem just and proper.

Dated:  April 12, 2017

RUTAN & TUCKER, LLP
RONALD P. OINES
KATHRYN DOMIN
CARRIE MACINTOSH

By:  */s/ Ronald P. Oines*
   Ronald P. Oines
Attorneys for Plaintiffs ONE TRUE VINE, LLC

2118/028449-0000
10813635.1 a04/12/17

-7-

COMPLAINT FOR PERMANENT
INJUNCTION AND DAMAGES

Rutan & Tucker LLP
attorneys at law

**DEMAND FOR JURY TRIAL**

Pursuant to Federal Rules of Civil Procedure 38(b) and Local Rule 3-6 of the Local Rules of the United States District Court for the Northern District of California, Plaintiff hereby demands a jury trial in this action.

Dated: April 12, 2017

RUTAN & TUCKER, LLP
RONALD P. OINES
KATHRYN DOMIN
CARRIE MACINTOSH

By: */s/ Ronald P. Oines*
Ronald P. Oines
Attorneys for Plaintiffs ONE TRUE VINE, LLC

COMPLAINT FOR PERMANENT
INJUNCTION AND DAMAGES

2118/028449-0000
10813635.1 a04/12/17

-8-